IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| STUART R. DAY, ET AL. | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:09CV00031 SWW |
| CELADON TRUCKING SERVICES, INC. | * | |
| | * | |
| | * | |
| Defendant | | |

## JUDGMENT

Consistent with the Court's order granting summary judgment in Plaintiffs' favor on the issue of liability (ECF No. 75) and the Court's findings of fact and conclusions of law on damages (ECF Nos. 184, 187), it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in Plaintiffs' favor.

IT IS FURTHER ORDERED and ADJUDGED that Plaintiffs recover statutory damages in amounts set forth on damage spreadsheets attached to this judgment and titled "Driver Damages - Final Judgment Attachment #1" and "Non-Driver Damages - Final Judgment Attachment #2."

IT IS FURTHER ORDERED and ADJUDGED that Plaintiffs are entitled to post-judgment interest from the date of this judgment until paid at the rate of .22% per annum as provided by law.

IT IS SO ORDERED THIS 9th DAY OF MARCH, 2015.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE