## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| STUART R. DAY, ET AL. | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:09CV00031 SWW |
| CELADON TRUCKING SERVICES, INC. | * | |
| | * | |
| Defendant | * | |

## AMENDED JUDGMENT

Before the Court is Plaintiffs' unopposed motion for an amended judgment [ECF No. 242]. Plaintiffs report that two Non-Driver Plaintiffs were unintentionally listed on both the Driver and Non-Driver damage spreadsheets attached to the original judgment, which resulted in duplicated damages. Pursuant to Fed. R. Civ. P. 60(a), the final judgment is corrected as follows:

> Plaintiff Bruce Ray, a Non-Driver, is awarded total damages in the amount of $3,779.28, and additional damages totaling $3,625.47, inadvertently awarded to Plaintiff Ray per the Driver spreadsheet attached to the original judgment, are hereby vacated.
>
> Plaintiff Kevin Mays, a Non-Driver, is awarded total damages in the amount of $9,592.69, and additional damages totaling $3,200, inadvertently awarded to Plaintiff Mays per the Driver spreadsheet attached to the original judgment, are hereby vacated.
>
> An amended damage spreadsheet for Driver Plaintiffs, titled "Driver Damages - Final Judgment Attachment #1" is attached to this amended judgment.
>
> All other terms of the judgment entered on March 9, 2015 [ECF No. 188] remain in effect and final judgment is amended only to the extent stated above.
>
> IT IS SO ORDERED THIS 21st DAY OF DECEMBER, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE